UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Tomiya Gaines                     ,       CASE No C 3:16-CV-02831-VC

     Plaintiff(s)

v.                                                        STIPULATION AND [PROPOSED]
                                                          ORDER SELECTING ADR PROCESS

Stanford Health Care et al       ,

     Defendant(s)

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Private ADR** (*specify process and provider*)
   Private Mediation

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you *must* file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR, unless otherwise ordered.*)

☒ other requested deadline: Februrary 10, 2017

Date: September 15, 2016                   /s/Steven L. Robinson
                                                              Attorney for Plaintiff

Date: September13, 2016                    /s/ Nicholas Deming
                                                              Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: September 16, 2016

U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 7-2016